Generated: Jul 18, 2025 4:28PM											Page 1/1



# U.S. District Court

## Florida Southern - Miami

Receipt Date: Jul 18, 2025 4:28PM

JAMES BUCKMAN

Rcpt. No: 305311	Trans. Date: Jul 18, 2025 4:28PM	Cashier ID: #VT (1899)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 203 | Notice of Appeal/Docketing Fee | DFLS24CR020456<br>FBO: ALFRED DAVIS | 1 | 605.00 | 605.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| MO | Money Order | #19-750920297 | 07/10/2025 | $500.00 |
| MO | Money Order | #19-750920298 | 07/10/2025 | $100.00 |
| CA | Cash | | | $5.00 |

Total Due Prior to Payment: $605.00
Total Tendered: $610.00
Total Cash Received: $10.00
Cash Change Amount: $5.00

Comments: 1:24-cr-20456-RAR-1

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.