25-11938 -B



Nashid Sabir
Law Office of Nashid Sabir
18441 NW 2ND AVE STE 217
MIAMI, FL 33169

---

---

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 14, 2025

Alfred Davis
627 SOUTHRIDGE RD
DELRAY BEACH, FL 33444

Brian Kirlew
The Kirlew Law Firm PLLC
2103 CORAL WY STE 401
MIAMI, FL 33145

Nashid Sabir
Law Office of Nashid Sabir
18441 NW 2ND AVE STE 217
MIAMI, FL 33169

Appeal Number: 25-11938-B
Case Style: USA v. Alfred Davis
District Court Docket No: 1:24-cr-20456-JB-1

## DISMISSAL NOTICE

Pursuant to 11th Cir. R. 42-1(b), **this appeal will be dismissed without further notice upon the expiration of 14 days from the date of this notice** unless:

Make satisfactory financial arrangements for transcript preparation with the court reporter as required by Fed.R.App.P. 10(b)(4).

Note to Counsel: 11th Cir. R. 42-1(b) provides that "If an appellant is represented by appointed counsel, the clerk may refer the matter to the court for possible disciplinary action against counsel in lieu of dismissal." Eleventh Circuit IOP 1 to FRAP 26 provides that "Failure to timely file required documents . . . may result in possible disciplinary action against counsel as described in Addendum Eight."

Clerk's Office Phone Numbers
| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-1 Deficiency

ATLANTA GA RPDC 302
15 JUL 2025 PM

US POSTAGE PITNEY BOWES
ZIP 30303 $ 000.74
02 4W
0000368939 JUL. 15. 2025

CLEARED SECURITY
JUL 28 2025
U.S. MARSHALS SERVICE

UNITED STATES COURT OF APPEALS
ELEVENTH CIRCUIT
OFFICE OF THE CLERK
56 FORSYTH STREET, NW
ATLANTA, GEORGIA 30303

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

NIXIE        331  DC 1        00077/24725
    RETURN TO SENDER
    INSUFFICIENT ADDRESS
    UNABLE TO FORWARD
BC: 30303229599        *0761-00256-16-01