U.S. COURT OF APPEALS
RECEIVED
CLERK
JUL 2 9 2025

# IN THE ELEVENTH DISTRICT COURT OF APPEALS

CASE No: 25-11938

|  |  |
|---|---|
| UNITED STATES | } |
|  | } |
| Petitioner. | } |
| v. | } |
| ALFRED DAVIS | } |
| Respondent(s). | } |

### Notice that Respondent Alfred Davis Fired Lawyer

### Brian Kirlew and is now Pro-Se

Comes now Alfred Davis with this Motion to Notice that Respondent Alfred Davis Fired

Attorney Brian Kirlew and is now Pro-Se. Attorney Brian Kirlew was informed by text that he was fired by

Alfred Davis. And he replied to the termination text saying that he understood that he was fired. And that

his assistance was no longer needed Exh.A. He also said in an Email that Alfred Davis has a Constitutional

right to the Lawyer of his choice. Or to represent himself, so there is no hard feelings here. Exh.B.

## Oath and Affirmation

I Attest to all facts being true and correct to the best of my knowledge in accordance with 28 USC
1746 and Florida Statute Chapter 92.525. Executed this 25th day of July 2025.

DOCTORATE MINISTER ARTICLE 3 SECTION CLAUSE 1
NEXT FRIEND, MAURICE SYMONETTE
15020 S. RIVER DR
MIAMI FL. 33167
NEXT FRIEND

ALFRED LENORIS DAVIS
PRO SE PETITIONER
627 SOUTHRIDGE RD.
DELRAY BEACH, FL. 33444

**Exh.A**

Compose

| Messages | Photos | Documents |

| | | | |
| Inbox | 313K | All ⌄ ← ⇚ ⇛ → Archive Move Delete |

Unread

Starred

Drafts    1.7K

Sent

Archive

Spam

Trash

∧ Less

Views    Show

Folders    Hide

+ New Folder

AGA

All CHURCHES

Allen West

ANYSTREET

Array

BANK RATE

Boss Group Ministries

BOSS QUITE TITLES

C-Span CLASSROOM

conservative friends...

Drafts

Ebay + Paypal

FREEDOM JAMBO...

FREEDOMWORKS

GLENN BECK

Hotel Travel

INVESTMENT

Junk

MAX PC

Michael The Blackman

Notes

OIl - GAS

PC WORLD

Promotions

RADIO WORLD

republicans

republican

republicans

Ships-Planes -Boat...

STUB HUB

Synced Messages   6

TEA PARTY FT LAU...

TRICIA RAYMOND

---

**Yesterday**

Smar...   Ad Florida Important Update For Vehicles Driven

Alfred D... ☆ Termination --;...   Inbox     May 12

**Last week**

Alfred D... ☆ Fwd: Meeting ---   Inbox     May 4

**2024**

Termination       bigboss10... Inbox ☆

**Alfred Davis**        🖨   Mon, May 12 at 6:39 AM   ☆
**From:**
davisalfred2025@gmail.com
**Bcc:** bigboss1043@yahoo.com

-------- Forwarded message ----------
From: Alfred Davis <davisalfred2025@gmail.com>
Date: Thursday, May 1, 2025
Subject: Meeting
To: Kateryn Garcia <kgarcia@kirlewlawfirm.com>

Good afternoon,

I am sending this email to notify you that I am terminated the legal services that Kirlew law firm and Brian Kirlew was providing for me Alfred Davis on this day 5/1/2025. Thank you for your assistance with everything.

On Monday, April 28, 2025, Kateryn Garcia <kgarcia@kirlewlawfirm.com> wrote:

Hi Alfred,

I tried calling you. It's 12:30PM.

Kateryn Garcia

Office Manager/Paralegal

KLF Logo for email signature without service

9100 South West Data 2nd Floor Miami FL 33143

Tel. 305.521.0484 /Fax: 305.330.5436

Email: Kgarcia@kirlewlawfirm.com /Website: www.kirlewlawfirm.com

WARNING: THE INFORMATION CONTAINED IN THIS ELECTRONIC MAIL TRANSMISSION IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR PLEASE IMMEDIATELY NOTIFY THE SENDER BY EMAIL AND DELETE THE MESSAGE. THANK YOU.

On Mon, Apr 28, 2025 at 8:16AM Alfred Davis <davisalfred2025@gmail.com> wrote:

previous text. Are you available to
come in today at 2:00 P.M.?

Today 8:58 AM

**Exh.B**

Alfred, this is Brian Kirlew. I
reviewed your email to Kateryn
discharging our firm from further
representation in this matter. You
have a constitutional right to a
lawyer of your choice, or to
represent yourself for that matter.
There are no hard feelings. We have
nothing but love and appreciation
for you, Elaine, and the entire family.

With that said, however, you cannot
just fire us via email. Another lawyer
needs to enter an appearance, and
we must be substituted. Similar to
what we did with Zeljka. If you have
hired someone, which I believe you
have because another lawyer called
our office late afternoon yesterday,
that lawyer needs to enter an
apperance on your behalf.

If you intend to represent yourself,
Judge Becerra will need to conduct

# IN THE ELEVENTH DISTRICT COURT OF APPEALS

ALFRED DAVIS and  }

Minister Doctorate  }

MAURICE SYMONETTE  }

CASE No: **25-11938**

}

}

Appellants,

v.

**FEDERAL JUDGES JAQUELINE BECERRA,
JUDGE JOSE E. MARTINEZ, FEDERAL
MAGISTRATE JUDGE EDUARDO SANCHEZ,
FLORIDA'S FEDERAL U.S. ATTORNEY
GENERAL MARKENZY LAPOINTE,
FLORIDA'S FEDERAL ASSISTANT, US
ATTORNEY JONATHAN BAILYN AND
FLORIDA'S FEDERAL COURT REPORTER
MARY ANN CASALE. ET AL.**

DEFENDANTS

Appellees,

_____/

### CERTIFICATE OF INTERESTED PERSONS

I ALFRED DAVIS hereby disclose the following pursuant to this Court's Order

on Interested Persons:

1.     The name of each person, attorney, association of persons, firm, law firm,

partnership, and corporation that has or may have an interest in a party to this action or

in the outcome of this action, including subsidiaries, conglomerates, affiliates, related to

a party:

listed below. **M e m b e r s   o f  The Appellant's Party are also listed below.**

according to 11th circuit Rule 26.1-1(b).


**DISCLOSURE OF JUDGES GENERAL PROVISIONS AND DISCOVERY PURSUANT TO RULE
26(a)(1)(A)1-5:**


Federal Judge JOSE MARTINEZ Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue Room 10-1 Miami, Florida 33128 **Chambers** (305) 523-5590
Committed Fraud by allowing his Signature to be Forged as shown in our Emergency to Void
Sale in Violation for Sanctions against U.S. Bank for Violating Federal Stay and willfull contempt
in Violation of 28 U.S. Code SS 1446 (d) and to Void Sale because of Forgery and Fraud on the
Docket for Case#23-cv-22640-JEM on 05/28/2024 he also has a Conflict of Interest with U.S.
Bank in the amount of $250,000 shown in our Motion to Recuse on the same Docket on
07/15/2024. **No stock ticker, Nothing to be Affirmed.**


Federal Magistrate Judge EDUARDO SANCHEZ C. Clyde Atkins U.S. Courthouse
301 North Miami Avenue 6th floor Miami, Florida 33128 **Chambers** (305) 523-5890 has a Conflict
of Interest with U.S. Bank totaling $330,000 shown on our Motion For Recusal on the Docket for
case#23-cv-22640-JEM on 06/11/2024. **No stock ticker, Nothing to be Affirmed.**

U.S. BANK N.A.USB (US BANCORP) U.S. Bancorp Center 800 Nicollet Mall

Minneapolis, MN 55402 Phone: 651-466-3000. Never brought in the proper documentation that Judge

Zabel Ordered them to bring in back in 2007 as shown on the Docket for case#2007-12407-CA01 on

04/07/2009 They also failed to disclose PMI information.

Court Reporter MARY ANN CASALE 400 North Miami Avenue, #10-1, Miami, Florida 33128 Phone:305-

523-5632 Email: MaryAnn_Casale@flsd.uscourts.gov.her Transcript was changed it excluded the Statement that

Judge Martinez said which was I'm not doing that because you guys did not prove your case, you brought no

evidence in that proved Alfred Davis did anything and you brought no Witnesses In that Identified Alfred Davis.

**No stock ticker, Nothing to be Affirmed.**


U.S. Attorney **Markenzy Lapointe** United States Attorney's Office

99 NE 4th St Miami, FL 33132-2131 Office: **305-961-9100** Email: **markenzy.lapointe@usdoj.gov**.

ISABELLE MARIE CARPBAJALES Holland & Knight LLP 701 Brickell Ave Ste. has Conflict of Interest in the amount of

$2million in Mortgages and $615,000 in Cash from U.S. Bank

**No Stock ticker, Nothing to be Affirmed.**

**Assistant U.S. Attorney Jonathan Bailyn United States Attorney's Office**

**500 S. Austrialian Ave. Ste 400 West Palm Beach, FL 33401-6209 Office: 561-209-1050 Email:**

jonathan.bailyn@usdoj.gov. Blackstone is partners with China and are the owners of us bank which is

why Bailyn was supposed to have a FARA License. And we asked for Bailyn's Citizenship, cant get his

Financial Statements. And they did not allow us to get a copy of the Transcript. And Bailyn lying along

with Judge Martinez saying we cannot have a copy of the audio. They had no search warrant in violation

of Federal Rules of criminal procedure 41.

**No Stock ticker, Nothing to be Affirmed.**

Judge VALERIE MANNO SCHURR 73 W. Flagler st. Ste.1111 Miami, FL 33130. Changed Judge ZABEL'S Order of Dismissal with Prejudice Filed on April 6th 2010 to Dismissal Without Prejudice 3 months later in June 27th, 2010 on the Docket Case# 2007-12407-CA0.

She also has a Conflict of Interest shown on the Docket on Case#2021-10826-CA01 in our Motion to Recuse filed 01/24/2022 showing that she made $995,000 with U.S. Bank. Represented by Christopher Michael Sutter located at Florida office of the Attorney General 110 SE 6th st. 10th Floor Ft. Lauderdale Fl. 33301.

**No stock ticker, Nothing to be Affirmed.**

Judge JOHN SCHLESINGER Bar Number: 788716 Mail Address: 2700 Granada Blvd Coral Gables, FL 33134-5552 Office: 203-399-0029 Email: jcs2564@icloud.com filed a Final Judgement Order in Favor of U.S. Bank to Foreclose on us 12/19/2017 on Docket Case# 2021-61928-CA01 knowing that U.S. Bank has an Assignment that has the wrong Bank (Homecomings when it should be Axiom) on it and that they don't have the proper Allonge, Original Mortgage, Original of the Note, Allonge to the Note, and the second Allonge from Fannie Mae or indemnification info that indemnifies Fannie Mae. He has a Conflict of Interest Totaling $28,834,751.25 shown on our Motion to Recuse filed Feb.13 2020 on the same Docket.

**No stock ticker, Nothing to be Affirmed.**

Judge VIVIANNE DEL RIO 73 West Flagler St., Miami, FL 33130 **Phone:** (305) 349-7078, **Room:** DCC 525 Filed an Order Granting U.S. Banks Motion to Reset Foreclosure Sale on our Property on 02/22/2023 23 on the Docket on Case#2010-61928-CA01 knowing that they don't have the proper Assignment, Allonge, Original Mortgage, Original of the Note, Allonge to the

Note, and the second Allonge from Fannie Mae or indemnification info that indemnifies Fannie Mae. And has a Conflict of Interest with U.S. Bank in the amount of $943,141.00 shown on our Motion to Recuse filed 02/21/23 on the same Docket. Represented by Christopher Michael Sutter located at Florida office of the Attorney General 110 SE 6th st. 10th Floor Ft. Lauderdale Fl. 33301. **No stock ticker, Nothing to be Affirmed.**

Judge CARLOS LOPEZ 1351 N.W. 12th St., Miami, FL 33125 **Room:** REG 212 **Phone:** (305) 548-5761 **Email:** F012@jud11.flcourts.org he filed an Order denying our Motion to Stop the Foreclosure Sale on 10/11/2023 knowing that they don't have the proper Assignment, Allonge, Original Mortgage, Original of the Note, Allonge to the Note, and the second Allonge from Fannie Mae or indemnification info that indemnifies Fannie Mae. He also has a Conflict of Interest in the amount of $2,077,949 with U.S. Bank shown on our Motion to Recuse filed 06/28/2023 on the Docket for Case#2010-61928-CA01. Represented by Christopher Michael Sutter located at Florida office of the Attorney General 110 SE 6th st. 10th Floor Ft. Lauderdale Fl. 33301. **No stock ticker, Nothing to be Affirmed.**

Judge VERONICA DIAZ 175 N.W. 1st Ave., Miami, FL 33128 **Room:** CHC 2214 **Phone:** (305) 349-5723 Put in an Order Resetting Foreclosure Sale on Docket for Case# 2010-61928-CA01 on 02/06/2020 with no Consideration to the fact that U.S. Bank had no valid documents the proper Assignment, Allonge, Original Mortgage, Original of the Note, Allonge to the Note, and the second Allonge from Fannie Mae or indemnification info that indemnifies Fannie Mae. She also made almost half a million dollars with U.S. Bank shown on our motion to Recuse on the same Docket.

**No stock ticker, Nothing to be Affirmed.**

Judge SAMANTHA RUIZ COHEN 175 N.W. 1st Ave., Miami, FL 33128 **Room:** CHC 2815

**Phone: (305) 349-5744 Email:** 11thFC28@jud11.flcourts.org made over $2million with U.S.

Bank according to her form 6. Shown in our Motion to Recuse Filed on the Docket For Case#

2010-61928-CA01 on 05/04/2022. Represented by Christopher Michael Sutter located at Florida

office of the Attorney General 110 SE 6th st. 10th Floor Ft. Lauderdale Fl. 33301.

**No stock ticker, Nothing to be Affirmed.**

**Judge MIGUEL DE LA O 1351 N.W. 12th St., Miami, FL 33125 Room: REG 424**

**Phone: (305) 548-5771 Denied our Motion to Stop Sale on the Docket for case#2010-61928-**

**CA01 on 01/17/2018 without Acknowledgment that U.S. Bank Never brought in the**

**Necessary Valid Documents** Assignment, Allonge, Original Mortgage, Original of the Note,

Allonge to the Note, and the second Allonge from Fannie Mae or indemnification info that

indemnifies Fannie Mae. He also has a Conflict of Interest with U.S. Bank in the amount of

$300,000 shown on our Motion to Recuse filed on the Docket for Case#2010-61928-CA01 on

08/11/2020. Represented by Christopher Michael Sutter located at Florida office of the Attorney

General 110 SE 6th st. 10th Floor Ft. Lauderdale Fl. 33301.

**No stock ticker, Nothing to be Affirmed.**

FEDERAL JUDGE DARRIN P. GAYLES Wilkie D. Ferguson, Jr. United States Courthouse 400

North Miami Avenue Room 11-1 Miami, Florida 33128 He has a Conflict of Interest with U.S.

Bank in the amount of $250,000 shown in our Motion for Change of Venue from Dade County to

Tampa Florida on the Docket for Case#24-cv-23015-SC Exh.75 P. pg.5

**No stock ticker, Nothing to be Affirmed.**

Administrative Judge JENNIFER BAILEY 73 west Flagler Street. Phone# 305-349-7008, rm:900. Has a Conflict of Interest With U.S. Bank in the amount of $222,000 shown in our Complaint on the Docket for Case#23-cv-22640-JEM.

**No stock ticker, Nothing to be Affirmed.**

Clerk of Courts JUAN FERNANDEZ BARQUIN pursuant to Rule 26(a)(1)(A) 1-5 located at W Flagler st RM.133 Miami Fl. 33130 phone:786-292-4845 has a Conflict of Interest with U.S. Bank in the amount of $635,000 shown in our Motion for Change of Venue from Dade County to Tampa Florida on the Docket for Case#24-cv-23015-SC on 09/09/2024. Represented by Jose Angel Casale Holland & knight 701 Brickell Avenue Suite 3300 Miami, Fl. 33131. Phone# 305-789-7713, Email:jose.casal@hklaw.com

GMAC which is U.S. BANK N.A.USB (US BANCORP) U.S. Bancorp Center 800 Nicollet Mall Minneapolis, MN 55402 Phone: 651-466-3000. Never brought in the proper documentation that Judge Zabel Ordered them to bring in back in 2007 as shown on the Docket for case#2007-12407-CA01 on 04/07/2009 They also failed to disclose PMI information. Represented by Michael Roy Eposito Blank Rome LLP 100 S. Ashley Drive Ste 600 Tampa, Fl 33602, Phone# 813-433-5352 Email: Michael.Esposito@blankrome.com. Eve Alexis Cann Baker Donelson 200 East Blvd. Suite 2000 Ft.Lauderdale, Fl 33301, Phone# 954-786-1612, Email:ecann@bakerdonelson.com. Spencer Devin Leach Baker Donelson, Bearman, Caldwell and Berkowitz, PC 100 S.E. Third Avenue Suite 1620 Ft. Lauderdale, Fl 33394, phone#954-786-1615, Email: sleach@bakerdonelson.com.

JOSE ANGEL CASAL Holland & Knight LLP 701 Brickell Ave Ste 3300 Miami, FL 33131-2847

Office: **305-374-8500** Cell: **305-710-8371** – No Text Messages Fax: 305-789-7799. Email: **jose.casal@hklaw.com**

Mers (Mortgage Electronic Registration System) Whose last known address is 1818 Library St. Suite 300, Reston, Virgina 20190; Phone: 1-800-646-6377. website: http//www.mersinc.org. is doing business in the County of Dade, the State of Florida Appellants are Further informed and believe and there on allege, that Appellee Mers is the Purported Beneficiary under the Deed of Trust and/or is a Purported participant in the imperfect Securitization of the Note and /or the Deed of Trust.

**No Stock ticker, Nothing to be Affirmed.**

Commissioner Rene Garcia Downtown Office Stephen P. Clark Center 111 NW 1st Street, Suite 320. Miami, Florida 33128 district13@miamidade.gov 305-375-4831. After the Judges fail to steal our homes for the Banks, Banks have paid some Commissioners like Commissioner Rene Garcia who Sponsored Racist Legislation called Building and Unsafe Structure Legislation #220166 Discriminately to help the Banksters Steal Black People's home like me! Commissioner Garcia has a Conflict of Interest with U.S. Bank in the amount of $23,000.00

**No Stock ticker, Nothing to be Affirmed.**

Appellate Judges Brownwyn C. Miller Third District **Court of Appeal**, 2001 SW 117th Ave Miami, FL 33175-1716, Office: 305-229-3200 <u>millerb@flcourts.org</u>. says that on her 2012 form 6 full and Public Disclosure of Financial Interest she has a $95,000.00 Conflict of Interest with U.S. Bank.

**No Stock ticker, Nothing to be Affirmed.**

Appellate Judge Kevin Michael Emas, Third District Court of Appeals 2001 SW 117th Ave. Miami Fl. 33175 Office:<u>305-229-3200</u> Cell:<u>305-962-6548</u>, <u>kevinemas@gmail.com</u> on his 2012

form 6 full and Public Disclosure of Financial Interest he made $225,310.00 Conflict of Interest with U.S. Bank.

**No Stock ticker, Nothing to be Affirmed.**

Appellate Judge Edwin Scales, Third District Court of Appeals 2001 SW 117th Ave. Miami Fl. 33175 Office: **305-229-3200**. Cell: 305-229-3200. who according to his 2012 Form 6 Full and public Disclosure of Financial Interest he has a $22,543.00 Conflict of Interest with U.S. Bank.

**No Stock ticker, Nothing to be Affirmed.**

Harvey Ruvin 73 W Flagler Street Miami, Fl. 33130 Head of Miami Dade Clerk of Courts, phone# **305-275-1155** has a Conflict of Interest with U.S. BANK in the amount of $315,000.000

**No Stock ticker, Nothing to be Affirmed.**

**Axiom Financial Services LLC (AX) located at** *80 Route 4 E, Suite 203, Paramus, NJ 07652 phone# (973) 771-9100* **the Originator of the Loan Filling #1423866698 E-filed - 1/21/2022 09:30:09 AM.**

**Residential Funding Co. LLC 7501 Wisconsin Avenue East Tower Suite 900, Bethesda, MD 20814. Phone#301-215-5200**

**No Stock ticker, Nothing to be Affirmed.**

## RELIEF SOUGHT

This case be dismissed with Prejudice based on lack of jurisdiction.

## AFFIDAVIT OF FACTS
## MAURICE SYMONETTE

I *Maurice Symonette* AFFIRM that all of the following are true and correct to the best of my knowledge in accordance with 28 U.S.C. 1746:

## OATH AND AFFIRMATION

PURSUANT to 28 U.S.C. 1746 I *Maurice Symonette* AFFIRM that I have read all facts stated herein and that all stated are true and correct to the best of my knowledge. Executed this 2~~0~~th day of ~~May~~ 2025.
July.

Submitted,

Maurice Symonette
15020 S. River Dr.
Miami Fl. 3167

TAVVARA PRIOLEAU
Notary Public
State of Florida
Comm# HH630615
Expires 1/26/2029

FLDL provided

# IN THE ELEVENTH DISTRICT COURT OF APPEALS

ALFRED DAVIS AND )

MINISTER DOCTORATE )

MAURICE SYMONETTE )

CASE No: 25-11938

Appellants,

v.

FEDERAL JUDGES JAQUELINE BECERRA,
JUDGE JOSE E. MARTINEZ, FEDERAL
MAGISTRATE JUDGE EDUARDO SANCHEZ,
FLORIDA'S FEDERAL U.S. ATTORNEY
GENERAL MARKENZY LAPOINTE,
FLORIDA 'S FEDRAL ASSISTANT, US
ATTORNEY JONATHAN BAILYN AND
FLORIDA'S FEDERAL COURT REPORTER
MARY ANN CASALE.

DEFENDANTS

Appellees,

_____

## NOTICE TO THE JUDGE THAT THERE WERE NO CERTIFICATE OF COMPLIANCE FORMS GIVEN ON MY LAST TWO CASES:

THERE WAS NO CERTIFICATE OF COMPLIANCE ON MY TWO LAST CASES 24-20456-JB AND 25-CR80076-AMC BECAUSE I NEVER SIGNED A PLEA AND THERE WAS NO WRITTEN COLLOQUY ON THE RECORD.

## Oath and Affirmation

I Attest to all facts being true and correct to the best of my knowledge in accordance with 28 USC 1746 and Florida Statute Chapter 92 525 Executed this 28th day of May 2025.

MAURICE SYMONETTE
15020 S. RIVER DR.
MIAMI FL. 33167

NEXT FRIEND

ALFRED DAVIS
627 SOUTHRIDGE RD
DELRAY BEACH FL. 33444



U.S. POSTAGE PAID
PM
MIAMI, FL 33152
JUL 25, 2025
**$11.00**
S2323Y500792-19

30303

0 Lb 4.20 Oz

RDC 03

*Retail*

**UNITED STATES POSTAL SERVICE** ®

**PRIORITY MAIL** ®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

**FROM:**

FROM:

Alfred DAVIS
627 SOUTH RIDGE RD
DEL RAY BEACH, FL 33444

**TO:**

Clerks office For The
U.S. Court of Appeals For the
Eleventh Circuit
56 Forsyth St. NW
Atlanta, GA 30303






JUL 28 2025

xxxx x710 5418 0476 2726 60
Label 884-01, Feb. 2024
PSN 7680-19-000-3109

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP


how2recycle.info
PAPER POUCH

Label 228, December 2023          FOR DOMESTIC AND INTERNATIONAL USE

---

PRESS FIRMLY TO SEAL                    PRESS FIRMLY TO SEAL

how2recycle.info
PAPER POUCH


FSC
MIX
FSC® C168558

**UNITED STATES POSTAL SERVICE** ®

**PRIORITY MAIL** ®

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the
Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

EXPECTED DELIVERY DAY: 07/30/25

USPS TRACKING® #

9505 5152 5583 5206 9907 14

UID: 12 1/2 x 9 1/2